**00–2299 and 01–203.   Manigault v. Ford Motor Co.**
Cuyahoga App. No. 73147. On motion to strike portions of appellants' merit brief and supplement.

Motion denied.

MOYER, C.J., would grant the motion except regarding the findings of fact and conclusions of law of Judge Calabrese.

LUNDBERG STRATTON, J., would grant the motion as to 1 and 2.